Henderson Jackson, et al., Individually, as Members of Mount Moriah Missionary Baptist Church of Cairo, Illinois, a Religious Corporation, and as Majority of Members of Board of Deacons of Mount Moriah Missionary Baptist Church of Cairo, Illinois, a Religious Corporation, Plaintiffs, v. A. G. Greagory, Defendant.

Term No. 58–O–31.

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

C. Robert Hall, for defendant-appellant; Peyton Berbling, for plaintiffs-appellees. Opinion by JUDGE CULBERTSON. Not to be published in full.